[No. 6,128.]
## GOLDTREE *v.* .FUNKENSTEIN.

STATUTE OF LIMITATIONS—BANKRUPTCY.

Department No. 2, by the COURT (from the Bench):

On the authority of *Hoff* v. *Funkenstein*, (54 Cal. 233) and for the reasons given in the opinion filed therein, judgment reversed and cause remanded, with instructions to overrule the demurrer, with leave to defendants to answer.